| ✎PROB 22<br>(Rev. 2/88) | DOCKET NUMBER *(Tran. Court)*<br>6:23CR06057 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>2:26-cr-00032-RFB-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Western | DIVISION<br>New York |
|---|---|---|
| Joseph Amico<br>7850 Flagler Street<br>Las Vegas, Nevada 89139<br><br>X FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>03/09/2026<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY | NAME OF SENTENCING JUDGE<br>Honorable Elizabeth A. Wolford, Chief U.S. District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |

| OFFENSE |
|---|
| 18 U.S.C. §2261A(2)(A),18 U.S.C. §2261A(2)(B), 18 U.S.C. §2261(b)(5),Cyber Stalking and Stalking-Cause Substaintial Emotional Distress |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___New York___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Nevada___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3-4-26
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Nevada___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/11/2026
_____
*Effective Date*

_____
*United States District Judge*